IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00557-PSF-OES

RUSSELL M. BOLES,

Plaintiff,

v.

GARY D. NEET,

Defendant.

---

**ORDER SETTING SCHEDULING/STATUS CONFERENCE
FOR PRISONER CASE**

---

**Entered by U.S. Magistrate Judge O. Edward Schlatter on December 6, 2005.**

 Pursuant to the Order on Recommendation issued by the Honorable Phillip S. Figa on November 30, 2005, a scheduling/status conference is hereby set in this matter for January 9, 2006, at the hour of 9:15 a.m., in the U.S. Courthouse, Courtroom A-601, 901 19th Street, Denver, Colorado.  The plaintiff shall participate in this conference by telephone.[1]  Counsel may attend in person or by telephone, at counsel's discretion.

 The parties need not comply with the requirements of Fed.R.Civ.P. 16 and D.C.COLO.LR 16.2 and 29.1.  The purpose of this conference is to consider the nature and status of the case at this time, the timing for the filing of any motions, the parties' desire for a settlement conference and when it might be held, and what further discovery, if any, will be needed.

 Plaintiff and his case manager, or a representative of the facility, shall contact the Court at (303) 844-4507 on the above date and time in order to participate.

 In compliance with D.C.Colo.LCivR 83.2, <u>and in order to gain entry to the Federal Courthouse</u>, all parties, counsel and witnesses <u>must</u> have on their person

---

[1] Although Judge Figa has requested that the Office of the Clerk attempt to locate volunteer counsel to assist the plaintiff in this case, the plaintiff should be cautioned that it is not guaranteed that counsel will be located to represent him, nor will this case be stayed during the time the file is on the volunteer counsel list. The court does not have the power to appoint an attorney over his or her objection.  <u>Mallard v. United States District Court for the Southern Dist. of Iowa</u>, 490 U.S. 296, 310 (1989).  Therefore, unless and until an attorney voluntarily selects plaintiff's case from the list of *pro se* cases, and agrees to undertake representation on a volunteer basis, the court can do no more in this regard.

appropriate photo identification.