IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00557-PSF-OES

RUSSELL M. BOLES,

Plaintiff,

v.

GARY D. NEET,

Defendant.

---

## MINUTE ORDER

**Entered by U.S. Magistrate Judge O. Edward Schlatter on December 6, 2005.**

A Pretrial Conference will be held on **February 13, 2006,** at 9:30 a.m. in the U.S. Courthouse, Courtroom A-601, 901 19th Street, Denver, Colorado. The plaintiff shall participate in this conference by telephone. Counsel may attend in person or by telephone, at counsel's discretion.

The proposed pretrial order shall be submitted five (5) days before the hearing date. Counsel is directed to www.cod.uscourts.gov for more information.

Plaintiff and his case manager, or a representative of the facility, shall contact the Court at (303)844-4507 on the above date and time in order to participate.

**In compliance with D.C.Colo.LCivR 83.2, <u>and in order to gain entry to the Federal Courthouse,</u> all parties, counsel and witnesses <u>must</u> have on their person appropriate photo identification.**