IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00557-WYD-KLM

RUSSELL MARSHALL BOLES,

    Plaintiff,

v.

GARY D. NEET,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' Joint Motion to Modify Scheduling Order to Facilitate Settlement [Docket No. 265; Filed April 18, 2008] ("Joint Motion"). The parties have informed the Court that they have reached a tentative settlement but are attempting to finalize the settlement terms. Accordingly,

    IT IS HEREBY **ORDERED** that the Joint Motion is **GRANTED**. The Scheduling Order entered on January 7, 2008 [Docket No. 259] is amended as follows:

- Designation of Experts     **June 2, 2008**
- Designation of Rebuttal Experts     **June 30, 2008**
- Discovery Cutoff     **July 15, 2008**

    IT IS FURTHER **ORDERED** that the Settlement Conference set for April 29, 2008 at 1:30 p.m. is **vacated** and will be reset upon joint motion of the parties.

    **All other deadlines and dates set forth in the Scheduling Order remain the same.**

Dated: April 21, 2008