IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00557-WYD-KLM

RUSSELL MARSHALL BOLES,

    Plaintiff,

v.

GARY D. NEET,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' Joint Motion to Modify Scheduling Order to Facilitate Withdrawal of Counsel [Docket No. 270; Filed June 2, 2008] ("Joint Motion") and counsel for Plaintiff's Unopposed Motion to Withdraw as Counsel for Plaintiff [Docket No. 271; Filed June 2, 2008] ("Motion to Withdraw"). The parties have informed the Court that they have been unable to finalize the terms of their tentative settlement agreement and settlement discussions have irrevocably broken down. In addition, an irreconcilable conflict has arisen which forces Plaintiff's counsel to seek to withdraw. Accordingly,

    IT IS HEREBY **ORDERED** that the Joint Motion [Docket No. 270] is **GRANTED**. The Scheduling Order entered on January 7, 2008 [Docket No. 259] is amended as follows:

| | |
|---|---|
| • Designation of Experts Deadline | **August 4, 2008** |
| • Designation of Rebuttal Experts Deadline | **September 5, 2008** |
| • Discovery Cutoff | **October 3, 2008** |
| • Dispositive Motions Deadline | **November 3, 2008** |

    IT IS HEREBY **ORDERED** that the Motion to Withdraw [Docket No. 271] is **GRANTED**. Attorneys Blain D. Myhre and Jessica R. Allen are relieved of any further representation of Plaintiff in the above-captioned matter. The Clerk is instructed to delete Mr. Myhre and Ms. Allen as attorneys of record, and to remove their names from the electronic certificate of mailing. **Plaintiff is reminded that as a *pro se* litigant, he is responsible for complying with all Court deadlines.**

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for September 23, 2008 at 9:30 a.m. is **vacated** and **RESET** to **January 6, 2009 at 10:00 a.m.** in Courtroom

C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures **no later than December 30, 2008.** The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect or Word only) and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at [www.co.uscourts.gov](http://www.co.uscourts.gov). Instructions for downloading in richtext format are posted in the forms section of the website.**

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C.COLO.LCivR 83.2B.

Dated: June 4, 2008