IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00557-WYD-KLM

RUSSELL MARSHALL BOLES,

    Plaintiff,

v.

GARY D. NEET, et al.,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Motion to Hold Case in Abeyance, filed May 15, 2009 [#310] is **DENIED**. Plaintiff shall have one final extension of time to file his Objection to Magistrate's Recommendations, to and including **Wednesday, July 1, 2009**. The Court will not entertain any further requests for extension.

    May 20, 2009